Probation Form No. 35  
(1/92)

Report and Order Terminating  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Kevin Mattison

Docket No. 16CR00212-14(LAK)

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
FILED: 12/19/23

On September 30, 2022, the above named was placed on Supervised Release for a period of 36 months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Kevin Mattison be discharged from Supervised Release.

Respectfully submitted,

by _____  
Urshala Herald  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___17th___ day of ___Dec___, 20 _23_.

_____  
Honorable Lewis A. Kaplan  
Senior U.S. District Judge